# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

June 3, 2021

**Via ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
For the Southern District of New
500 Pearl Street, Room 2230
New York, New York 10007

**Granted. SO ORDERED.**

Date: 6/4/2021
New York, New York

/s/ Mary Kay Vyskocil
Mary Kay Vyskocil
United States District Judge

Re: *Quezada v. Physicians Care Alliance, LLC* – Case No.: 1:21-cv-03822-MKV
    **Request to Extend Time to Respond**

Dear Judge Vyskocil:

We represent defendant Physicians Care Alliance, LLC ("Defendant") in connection with the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write, with the consent of counsel for Plaintiff Jose Quezada ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from June 7, 2021 to July 7, 2021. This is Defendant's first request for an extension of time to respond to the Complaint.

In support of this request, counsel for Defendant states that it was recently retained in this matter and that it needs time to become familiar with the relevant facts and allegations in order to respond to the Complaint. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060    T +1.212.309.6000
United States              F +1.212.309.6001