# Morgan Lewis

**Michael F. Fleming**
Associate
+1.212.309.6207
michael.fleming@morganlewis.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/7/2021

July 2, 2021

<u>Via ECF</u>

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
 For the Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re: <u>*Quezada v. Physicians Care Alliance, LLC* – Case No.: 1:21-cv-03822-MKV
Request to Extend Time to Respond to Complaint</u>

Dear Judge Vyskocil:

We represent defendant Physicians Care Alliance, LLC ("Defendant") in connection with the above-referenced action. Pursuant to Your Honor's Individual Rules of Practice in Civil Cases, we write, with the consent of counsel for Plaintiff Jose Quezada ("Plaintiff"), respectfully to request that the Court extend Defendant's time to respond to the Complaint from July 7, 2021 to August 6, 2021. This is Defendant's second request for an extension of time to respond to the Complaint. The Court granted Defendant's first request.

In support of this request, counsel for Defendant states the parties have initiated discussions about a possible early resolution of this matter. If granted, this extension will permit the parties to focus on those efforts, rather than on pleadings and litigation. If granted, this extension will not affect any other date scheduled in this action. As noted above, Plaintiff's counsel consents to this request.

We thank the Court in advance for its consideration of this request.

Respectfully submitted,

/s/ Michael F. Fleming

Michael F. Fleming

*Attorney for Defendant*

cc: All Counsel of Record (via ECF)

**GRANTED. No further extensions. SO ORDERED.**

Date: 7/6/2021
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Morgan, Lewis & Bockius LLP

101 Park Avenue
New York, NY 10178-0060        T +1.212.309.6000
United States                  F +1.212.309.6001